1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JOSEPH CHRISTO GOMEZ,              No.  2:17-cv-0103-EFB P

11              Petitioner,

12        v.                           ORDER

13   UNKNOWN,

14              Respondent.

15

16        Petitioner is a county inmate without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  He is incarcerated in Los Angeles County and was convicted in Los Angeles

18   County.  Los Angeles County is in an area embraced by the United States District Court for the

19   Central District of California.

20        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of

21   confinement have concurrent jurisdiction over applications for habeas corpus filed by state

22   prisoners.  Because petitioner was not convicted in this district, and is not presently confined

23   here, this court does not have jurisdiction to entertain the application.

24        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25   transferred to the United States District Court for the Central District of California.  28 U.S.C.

26   § 2241(d); 28 U.S.C. § 1406(a).

27   DATED:  January 23, 2017.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

28