JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH CHRISTO GOMEZ,    ) NO. CV 17-561-JFW(E)
        Petitioner,    )
                )
   v.    )    JUDGMENT
                )
JIM McCONNELL, Los Angeles    )
   County Sheriff,    )
                )
        Respondent.    )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.

    DATED: January 25, 2018.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE